UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 16, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Houston Specialty Insurance Company, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-19-596 |
| General Insurance Corporation of India, | § § | |
| Defendant. | § § | |

## Conditional Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice. (20)

2. By August 19, 2019, the parties may move for reinstatement.

Signed on July 16, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge