| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

United States District Court
Southern District of Texas
**ENTERED**
August 20, 2019
David J. Bradley, Clerk

Houston Specialty Insurance Company, §
§
Plaintiff, §
§
versus §   Civil Action H-19-596
§
General Insurance Corporation of India, §
§
Defendant. §

## Final Dismissal

Neither party having moved for reinstatement, this case is dismissed with prejudice.

Signed on August __20__, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge